OPINION — AG — QUESTION: "UNDER 36 O.S. 1961 331 [36-331], I WAS APPOINTED TO SERVE (STATE BOARD FOR PROPERTY AND CASUALTY RATES) UNTIL MARCH 1, 1967, WHICH IS RAPIDLY APPROACHING. DO I CONTINUE TO SERVE UNTIL I AM RE APPOINTED, OR A SUCCESSOR IS APPOINTED, AND CONFIRMED BY THE SENATE?" — YOU CONTINUE TO SERVE UNTIL REAPPOINTED, OR A SUCCESSOR IS APPOINTED AND QUALIFIED. CITE: ARTICLE XXIII, SECTION 10, 36 O.S. 1961 331 [36-331] (BRIAN UPP)